IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SOMMER LENZ f/k/a SOMMER ROBERTS**,<br><br>     Plaintiff,<br><br>v.<br><br>**SENTRY SELECT INSURANCE COMPANY, INC., LINKAMERICA EXPRESS INC., and JOSE HEBERTO ACOSTA**,<br><br>     Defendants. | Civil Action No. 7:11-CV-17 (HL) |

**ORDER**

On June 21, 2012, the Court held a telephone conference call with John Cotton and Preyesh Maniklal, counsel for Plaintiff, and Daniel Hoffman, counsel for Defendants, to discuss Plaintiff's pending Motion for Sanctions (Doc. 24). During the call, it became evident that a hearing would be necessary to resolve the factual issues relevant to the Motion for Sanctions. Thus, a hearing has been scheduled for Monday, July 9, 2012 at 10:00 a.m.

Defendants are ordered to respond to the Motion for Sanctions on or before noon on Tuesday, July 3, 2012. If Plaintiffs would like to respond, they are ordered to do so before noon on Friday, July 6, 2012. The deadline for dispositive motions and Daubert motions shall be extended, and the specific

deadlines for these motions will be set pending the resolution of the Motion for Sanctions.

**SO ORDERED**, this 22nd day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr